**SILVER SCOPE DESIGN, INC., et al., Respondents,**

v.

**Chris WALTERS, d/b/a, Assurance Protection Group, LLC., Appellants.**

**No. ED 98240.**

Missouri Court of Appeals, Eastern District, Division Three.

May 7, 2013.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 18, 2013.

Jonathan E. Fortman, Ellisville, MO, for Appellant.

Mitchell D. Jacobs Clayton, MO, for Respondent.

Before ROBERT G. DOWD, JR., P.J., ROY L. RICHTER, J., and ANGELA T. QUIGLESS, J.

*ORDER*

PER CURIAM.

Defendant Chris Walters, d/b/a Assurance Protection Group, LLC ("Defendant"), appeals from the trial court's judgment, following a bench trial, entered in favor of Silver Scope Design, Inc. and Stephen Dulle ("Plaintiffs"), on their claims of breach of contract and action on account for an amount of $23,326 plus interest. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).